AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Dominic Pezzola,<br>DOB:<br>*Defendant(s)* | Case: 1:21-mj-00047<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/13/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1752(a) | Restricted Buildings or Grounds |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Melissa Ammons, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date: 01/13/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*