IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-mj-00047 |
| ) | Mag. Judge: Zia M. Faruqui |
| ) | |
| DOMINIC PEZZOLA ) | |

**Motion for admission of attorney Michael Scibetta *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Dominic Pezzola moves for the admission and appearance of attorney Michael Scibetta *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Michael Scibetta , filed herewith.  As set forth in Mr. Scibetta's declaration, he is admitted and an active member in good standing in the following courts and bars:

New York State Bar Association and the Western District of New York.    .

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

                                      Respectfully submitted,

                                      KIRA ANNE WEST

By:       /s/
         Kira Anne West
         DC Bar No. 993523
         712  H Street N.E., Unit  #509
         Washington, D.C.  20002
         Phone:  202-236-2042
         kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 21st day of January, 2021 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.


/S/
Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-mj-00047 |
| ) | Mag. Judge: Zia M. Faruqui |
| ) | |
| DOMINIC PEZZOLA ) | |

**ORDER**

Pending before the Court is the motion of defendant Dominic Pezzola seeking admission of his attorney, Michael Scibetta, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Michael Scibetta's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of January, 2021.

_____
Zia M. Faruqui
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 21-MJ-00047 |
| ) | |
| ) | |
| DOMINIC PEZZOLA  ) | |

**DECLARATION OF MICHAEL SCIBETTA IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Michael Scibetta, hereby declare:

1. My name, office address, and telephone number are as follows:

    30 West Broad Street

    Suite 501

    Rochester, New York 14614

    (585) 232-2770

2. I have been admitted to the following courts and bars:

    New York State Bar Association

    Western District of New York

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted pro hac vice in this Court, in the last two years, or otherwise.

5. I do not have an office located within the District of Columbia

I declare under penalty of perjury that the foregoing is true and correct.

_____

Michael P. Scibetta

1