# In The United States District Court
# For The District of Columbia District

-------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                                          Criminal 21-CR-52 (CJN)

     - **against** -                    **NOTICE OF<br>APPEARANCE**

**DOMINIC PEZZOLA**,

                Defendant.

-------------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the above-named Defendant, DOMINICK PEZZOLA, has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
          April 13, 2021

                                                Respectfully Submitted,

                                                /s/ *Martin H. Tankleff*

                                                _____

                                                MARTIN H. TANKLEFF, ESQ.
                                                *Attorney for Dominic Pezzola*
                                                **Metcalf & Metcalf, P.C**.
                                                99 Park Avenue, 25th Flr.
                                                New York, NY 10016
                                                (*Office*) 646.253.0514
                                                (*Fax*) 646.219.2012
                                                (*Email*) mtankleff@metcalflawnyc.com