UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                Criminal No. 21-cr-52 (TJK)

DOMINIC PEZZOLA,

       Defendant.

## MOTION FOR LEAVE TO WITHDRAW
## AS ATTORNEY FOR DEFENDANT

Comes now Jonathan Zucker, counsel for defendant Dominic Pezzola and requests leave of court to withdraw as counsel. In support of this motion counsel states that on February 3, 2021, undersigned counsel was appointed as CJA panel counsel to represent defendant.

Upon being notified by Martin H. Tankleff that he was being retained to represent defendant, undersigned counsel made an oral request to withdraw. At that time the court stated that it wanted undersigned counsel to continue representation until new counsel entered an appearance. On April 13, 2021, Martin H. Tankleff entered his appearance on behalf of defendant.

WHEREFORE, undersigned counsel respectfully requests leave to withdraw as counsel for defendant.

Respectfully submitted,

\_\_/s/_____
Jonathan Zucker, #384629
37 Florida Avenue, NE, #200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com

*Counsel for Defendant*
(Appointed by the Court)

## CERTIFICATE OF SERVICE

I certify that on this 14th day of April, 2021, the foregoing motion was filed electronically using the court's CM/ECF system that will serve all parties.

\_\_/s/_____
Jonathan Zucker