AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00047 |
| Dominic Pezzola | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/13/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

### ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dominic Pezzola
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) Obstruction of an Official Proceeding

18 U.S.C. § 1361 Destruction of Government Property

18 U.S.C. § 1752(a) Restricted buildings or Grounds

Date: 01/13/2021

Zia M. Faruqui
2021.01.13
17:10:08 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/13/21, and the person was arrested on *(date)* 1/15/21
at *(city and state)* Rochester, NY

Date: 1/15/21

*Arresting officer's signature*

Kevin R. Black, Special Agent FBI
*Printed name and title*