UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-52-1 (TJK) |
| v. : | |
| : | |
| DOMINIC PEZZOLA, : | |
| : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, and defendant Dominic Pezzola, by and through his attorney Marty Tankleff, Esq., hereby provide this joint status update to the Court.

At a status conference on March 26, 2021, this Court granted the government's motion to exclude time pursuant to the Speedy Trial Act, and it set the matter for further status on May 25, 2021. It also directed the parties to file joint status updates on or before April 26, 2021. The parties accordingly file the below status update.

At the March 26 hearing, Steven Metcalf II, Esq., appeared on the defendant's behalf via video-link. Although Mr. Metcalf had not yet been admitted to practice in this Court, the Court allowed his participation, and previous counsel, Jonathan Zucker, Esq., moved to withdraw. The Court indicated it would grant such a motion when another attorney had entered an appearance in the case, but it left Mr. Zucker as counsel of record pending any other attorney entering an appearance.

On April 13, 2021, Mr. Tankleff, who is an associate at Mr. Metcalf's firm, entered his appearance in this case, and Mr. Zucker moved to withdraw as counsel the next day. Mr.

1

Metcalf's application has been accepted by the D.C. Circuit, but has not yet been finalized. The Court granted Mr. Zucker's motion on April 16, 2021. Since that date, undersigned counsel has been in contact with Messrs. Tankleff and Metcalf about providing them both with discovery previously provided to Mr. Zucker, as well as discovery going forward. The government expects to provide its next batch of rolling to discovery soon after the Court signs the government's motion to disclose material protected by Federal Rule of Criminal Procedure 6(e) and/or currently under seal, ECF No. 39. On April 22, 2021, the government additionally provided counsel with a viewing letter that will allow them to take a tour of the U.S. Capitol if they so choose.

    Undersigned counsel has provided a copy of this joint status to Messrs. Metcalf and Tankleff, and they have informed undersigned counsel that it may be filed as a joint status update.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:    /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 4th Street, N.W., Room 11-909
Washington, D.C. 20530
202-252-7201
Erik.Kenerson@usdoj.gov