# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Dominic Pezzola

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00047
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dominic Pezzola,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) Obstruction of an Official Proceeding

18 U.S.C. § 1361 Destruction of Government Property

18 U.S.C. § 1752(a) Restricted buildings or Grounds

Date: 01/13/2021

Zia M. Faruqui
2021.01.13
17:10:08 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/13/21, and the person was arrested on *(date)* 1/15/21
at *(city and state)* Rochester, NY.

Date: 1/15/21

*Arresting officer's signature*

Kevin R. Black, Special Agent
*Printed name and title*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-MJ-4007 |
| DOMINIC PEZZOLA | ) | |
| *Defendant* | ) | Charging District's Case No. 1:21-MJ-00047 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ❒ will retain an attorney.

❒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: January 16, 2021

*Marian W. Payson*
*Judge's signature*

Marian W. Payson, USMJ
*Printed name and title*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 21-MJ-4007 |
|  | ) |
| DOMINIC PEZZOLA | ) Charging District's |
| *Defendant* | ) Case No. 1:21-MJ-00047 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ❒ will retain an attorney.

❒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: January 16, 2021

*Marian W. Payson*
*Judge's signature*

Marian W. Payson, USMJ
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                          21  - MJ- 4007

DOMINIC PEZZOLA
                                                        ,
                    Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on September 23, 2020, this Court finds:

✔ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

✔ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

IT IS SO ORDERED.

Date: January 15, 2021

s/Marian W. Payson
Marian W. Payson
United States Magistrate Judge

CLOSED

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CRIMINAL DOCKET FOR CASE #: 6:21–mj–04007–MWP All Defendants

Case title: USA v. Pezzola

Date Filed: 01/15/2021
Date Terminated: 01/16/2021

Assigned to: Hon. Marian W. Payson

**Defendant (1)**

**Dominic Pezzola**
*TERMINATED: 01/16/2021*

represented by **Michael P. Scibetta**
The Scibetta Law Office
The Irving Place Building
30 West Broad Street – Suite 500
Rochester, NY 14614
585–232–2770
Fax: 585–232–3803
Email: mike@scibettalawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

**Plaintiff**

**USA**                                              represented by **Brett A. Harvey**
U.S. Attorney's Office
100 State Street

Rochester, NY 14614<br>
585−263−6760<br>
Fax: 585−263−6226<br>
Email: brett.harvey@usdoj.gov<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*<br>
*Designation: government attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2021 | 1 | | Minute Entry for proceedings held before Hon. Marian W. Payson:Initial Appearance in Rule 5(c)(3) Proceedings as to Dominic Pezzola held on 1/15/2021. Defendant surrendered himself today. Defendant consents to appearing by video. Defendant advised of rights. Pursuant to Fed. R. Crim. P 5(f), the Court ordered the government to produce all exculpatory evidence pursuant to Brady v. Maryland and its progeny, and advised that failure to do so could result in consequences, including sanctions and contempt proceedings. Defendant is advised of his rights. The government summarizes the charges. Michael Scibetta appears as retained counsel. The government moves for detention on risk of flight and dangerousness. Defendant waives his right to an identity hearing and requests that the detention hearing and the preliminary hearing be held in the charging district. The Court accepts the waiver. Defendant to remain in custody pending his appearance in the District of Columbia.Appearances by video: Brett Harvey, AUSA, Michael Scibetta, Esq., Dominic Pezzola from jail(Zoomgov.com Recording) (CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 2 | | WAIVER of Rule 5(c)(3) Hearing by Dominic Pezzola (CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 3 | | ORDER as to Dominic Pezzola regarding use of video or teleconferencing. Signed by Hon. Marian W. Payson on 1/15/21.(CAM) (Entered: 01/16/2021) |
| 01/15/2021 | 4 | | ORDER as to Dominic Pezzola re: Brady vs Maryland. Signed by Hon. Marian W. Payson on 1/15/21.(CAM) (Entered: 01/16/2021) |
| 01/16/2021 | 5 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Dominic Pezzola. Defendant committed to District of District of Columbia. Signed by Hon. Marian W. Payson on 1/16/21.(CAM) (Entered: 01/16/2021) |