

**STEVEN A. METCALF II, ESQ.**, Managing Attorney
**NANETTE IDA METCALF, ESQ.**, Managing Attorney**
**MARTIN TANKLEFF**, ESQ., Associate Attorney
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**MARC HOWARD, ESQ.**, *Special Counsel*
**JOSEPH D. MCBRIDE**, ESQ., *of Counsel*

# EXHIBIT L

**Metcalf & Metcalf, P.C.**

99 Park Avenue, 25th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

**MARJORIE TAYLOR GREENE**
14TH DISTRICT, GEORGIA

1023 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5211

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1014

Christopher Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington, DC, 20535

Yogananda D. Pittman,
Acting Chief
United States Capitol Police
119 D Street, NE
Washington, DC, 20510

June 24, 2021

Director Wray and Acting Chief Pittman,

It is abundantly clear that there is a two-track justice system in the United States: denial of due process rights for Trump supporters who were at the Capitol on January 6 and "catch and release" treatment for Black Lives Matter (BLM) and Anti-Fascist (ANTIFA) domestic terrorists.

Consider that charges were dropped in at least 90 percent of cases where BLM and ANTIFA domestic terrorists were arrested over the last year. In Atlanta, charges were dropped in 37 cases of rioters arrested.[1] In Detroit, a judge dropped charges in 39 cases of rioters and looters. Altogether, 93 percent of cases have been dropped in Detroit.[2] In Orange County, California, assault charges were dropped for a leader of a BLM riot even though the prosecutor backed the police for making the arrest. In cities like Dallas and Philadelphia, up to 95 percent of citations were dropped or not prosecuted. In Houston, about 93 percent of citations were dropped. In Los Angeles, 93 percent of riot citations were not even filed by prosecutors.

Meanwhile, the accused protestors from January 6 are being abused behind bars and denied their constitutional rights.[3] Michael Sherwin, an attorney for the District of Columbia, bragged that law enforcement had "rounded up" 400 people who participated in the breach of the Capitol on January 6, admitting that the goal was to "charge as many people as possible."[4]

---

[1] WSBTV.com News Staff, "Charges dismissed in 37 cases involving people participating in peaceful Black Lives Matter protests," WSBTV, January 8, 2021, https://www.wsbtv.com/news/local/atlanta/charges-dismissed-37-cases-involving-people-participating-peaceful-black-lives-matter-protests/GR4EXI2TZ5EJTLA64TBBOGENEE/.
[2] Eli Newman, "Judge Dismisses Cases Against 28 Detroit Black Lives Matter Protesters," wdet.org, January 14, 2021, https://wdet.org/posts/2021/01/14/90511-judge-dismisses-cases-against-28-detroit-black-lives-matter-protesters/.
[3] Julie Kelly, "Shawshank for January 6 Detainees," American Greatness, May 17, 2021, https://amgreatness.com/2021/05/17/shawshank-for-january-6-detainees/.
[4] Tucker Carlson, "Tucker Carlson: Why are Jan. 6 protestors still in jail while murderers still walk free?" Fox News Opinion, April 6, 2021, https://www.foxnews.com/opinion/tucker-carlson-jan-6-protesters-jailed-murderers-walk-free.

Biased officials who are eager to charge "as many people as possible" with little to no regard for their actual offenses reveal how corrupt the U.S. justice system has become. Even the mainstream media has reported on the Biden Administration taking investigators who typically work on cases involving drug trafficking and child pornography and reassigning them to calling relatives and even ex-girlfriends of the January 6 accused to find them guilty.[5]

There is substantial evidence that the accused of January 6 face inhumane detention conditions. One defendant faces seven years in prison for walking through the open doors of the Capitol, taking photos in the hallway, and leaving without doing any harm. Another accused citizen sent a message to his father saying he had been in solitary confinement for one hundred days without having been convicted of any crime.

Mainstream media outlets have also reported DC jail guards cruelly beating Trump supporters.[6] One man was beaten so badly that he has a skull fracture and is now blind in one eye.[7] Moreover, an attorney for one defendant stated that suspects are held in solitary confinement in cells the "size of a walk-in closet" for up to 24 hours a day and treated like "domestic terrorists" by jail guards.[8] Another attorney shared that one woman who was arrested at the Capitol is "housed alone and shackled when she is outside of her cells – only allowed for five hours a week."[9]

The treatment at these facilities is so bad that both Republicans and Democrats have called for change. Senator Elizabeth Warren told reporters that "Solitary confinement is a form of punishment that is cruel and psychologically damaging." Senator Richard Durbin has urged progressives to "amplify their criminal justice reform calls even on behalf of Donald Trump supporters."[10]

As you know, the Constitution protects every American citizen's God-given right to due process, access to counsel, a fair and speedy trial judged by a jury of their peers, and not to be subjected

---

[5] Dinah Voyles Pulver, "Two months and nearly 300 Capitol riot arrests later, FBI is hunting hundreds more," USA TODAY, March 8, 2021, https://www.usatoday.com/story/news/2021/03/08/capitol-riot-insurrection-arrests-near-300-fbi-hunts-hundreds-more/6871403002/.

[6] Christopher Eberhart, "Exclusive: 'It's like Guantanamo Bay': Inside the Washington D.C. jail where capitol rioters are 'treated like domestic terrorists,' assaulted, taunted and locked up in 'closet-sized' cells up to 24 hours a day," Daily Mail.com, June 1, 2021, https://www.dailymail.co.uk/news/article-9602127/Inside-Washington-jail-accused-Capitol-rioters-treated-domestic-terrorists.html.

[7] Tucker Carlson, "Tucker Carlson: Why are Jan. 6 protestors still in jail while murderers still walk free?" Fox News Opinion, April 6, 2021, https://www.foxnews.com/opinion/tucker-carlson-jan-6-protesters-jailed-murderers-walk-free.

[8] Christopher Eberhart, "Exclusive: 'It's like Guantanamo Bay': Inside the Washington D.C. jail where capitol rioters are 'treated like domestic terrorists,' assaulted, taunted and locked up in 'closet-sized' cells up to 24 hours a day," Daily Mail.com, June 1, 2021, https://www.dailymail.co.uk/news/article-9602127/Inside-Washington-jail-accused-Capitol-rioters-treated-domestic-terrorists.html.

[9] Mariah Timms, "Capitol riot suspect Lisa Eisenhart unfairly kept in solitary over security classification, attorneys say," Nashville Tennessean, March 10, 2021, https://www.tennessean.com/story/news/crime/2021/03/10/capitol-riot-suspect-lisa-eisenhart-unfairly-solitary-confinement-defense/6927885002/.

[10] Kyle Cheney, Andrew Desiderio, and Josh Gerstein, "Jan. 6 defendants win unlikely Dem champions as they face harsh detainment," Politico, April 19, 2021, https://www.politico.com/news/2021/04/19/capitol-riot-defendants-warren-483125.

to cruel and unusual punishment.[11] Moreover, certain prisoners placed in custody may petition for a writ of habeas corpus.[12]

If reports surrounding the treatment of these prisoners are true, it is an enormous stain on the credibility of our justice system and a blow to the rule of law in the United States. It is indeed a dark day in America when thousands of domestic terrorists burn down cities, loot businesses, and destroy federal property for an entire year and remain at large while peaceful citizens who walked into the Capitol on January 6 are treated worse than foreign terrorists.

We demand the Federal Bureau of Investigation (FBI), Bureau of Prisons (BOP), United States Capitol Police (USCP), and Mayor of the District of Columbia provide the following information, including:

- What intelligence was available prior to January 6 regarding the influx of persons into the District of Columbia and their intentions?
- What requests were made for additional law enforcement and National Guard troops in preparation for the January 6 rally on the Ellipse, and at the United States Capitol? If so, by whom? If the requests for additional law enforcement was denied, by whom?
- Releasing the entirety of the video footage from the US Capitol Complex on January 6, 2021.[13]
- The role USCP officers may have played in the death of protestors at the Capitol, including Ashli Babbitt, Kevin Greeson, Benjamin Phillips, and Roseanne Boyland.
- Revealing the name of the USCP officer who discharged a firearm leading to the death of Ashli Babbitt, including whether the officer was given authorization to use deadly force and by whom. Further, what actions have the USCP taken in response to this officer's use of deadly force, including training, administrative leave, or suspension? Is this officer still an on-duty officer at the United States Capitol or any congressional office buildings?
- What federal law enforcement and intelligence agencies were involved in the planning and execution of the events on January 6? Were any members of federal law enforcement, including, but not limited to, the Federal Bureau of Investigation (FBI), participants or attendants at the Ellipse rally or events at the Capitol on January 6?
- Disclosing the form and details of surveillance conducted both before and after the events of January 6 on the accused, Members of Congress, and their respective staff.
- Records describing how defendants from January 6 are being treated in custody, including:
    - visitation hours
    - access to religious texts and reasonable religious service accommodations
    - access to exercise
    - portion of time in lockdown, solitary confinement,
    - nutritional content—including number of daily meals—compared with the general prison population
    - access to communication with family and attorneys

---

[11] US CONSTITUTION, Amendments V, VI, and VIII.
[12] 28 U.S.C. 2242.
[13] "Righting History: The Journalistic Battle of January 6th Rages On", June 4, 2021, https://rumble.com/vi0ye9-righting-history-the-journalistic-battle-of-january-6th.html.

- whether the prosecution made potentially exculpatory evidence available to the appropriate defense counsels of the accused

We urgently request that you supply answers to these questions by July 30, 2021.

Sincerely—

*Marjorie Taylor Greene*

Marjorie Taylor Greene
Member of Congress

cc:
Muriel Bowser
Mayor
District of Columbia
1350 Pennsylvania Ave., NW
Washington, DC, 20004

Michael Carvajal
Director
Federal Bureau of Prisons
320 First St., NW
Washington, DC, 20534

4