# In The United States District Court
# For The District of Columbia District

------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                                                                                             Criminal 21-CR-52 (CJN)

      - **against** -                                 **NOTICE OF MOTION**

**DOMINIC PEZZOLA**,
                     Defendant.

------------------------------------------------------------X

**Please Take Notice** that the above-named Defendant, DOMINICK PEZZOLA, will bring a motion seeking to have the hearing scheduled for September 14, 2021, to re-open/reconsider bond, to a later date with the consent of the Government before this Court on a date and time, between September 21-23, 2021, as outlined in the attached affirmation or such later dated provided by the Court later.

Dated: New York, New York
         September 13, 2021

                                                   Respectfully Submitted,

                                                   /s/ *Martin H. Tankleff*
                                                 _____
                                                 MARTIN H. TANKLEFF, ESQ.
                                                 Steven A. Metcalf, Esq.
                                                 *Attorneys for Dominic Pezzola*
                                                 **Metcalf & Metcalf, P.C**.
                                                 99 Park Avenue, 6th^th Flr.
                                                 New York, NY 10016
                                                 (*Office*) 646.253.0514 / (*Fax*) 646.219.2012
                                                 (*Email*) mtankleff@metcalflawnyc.com

/s/ *Steven A. Metcalf II, Esq.*
_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Pezzola*
99 Park Avenue, 25th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com

TO:   ERIK M. KENERSON (Erik.Kenerson@usdoj.gov)
       U.S. Attorney's Office for the District of Columbia

3 | P a g e

# In The United States District Court
# For The District of Columbia District

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                           Criminal 21-CR-52 (CJN)

      - against -                       **AFFIRMATION**

**DOMINIC PEZZOLA**,
                 Defendant.

---------------------------------------------------------------X

I, Martin Tankleff, make the following under penalty of perjury:

1. The Defendant, Dominic Pezzola, by and through his counsel, Steven Metcalf and Martin Tankleff, seek an adjournment of the hearing to re-open/grant bond scheduled for September 14, 2021.

2. Counsel, Steven Metcalf, reached out to the Government on September 11, 2021, seeking his consent to adjourn the hearing scheduled for September 14.

3. The Government, by and through, Erik Kenerson consented to the request for adjournment with some minor conditions about the rescheduling.

4. Undersigned counsel sought to have the hearing in this matter rescheduled for September 21-23, 2021. The one caveat is that the Government has asked if the hearing was scheduled for Thursday, the 23rd, that it be held in the afternoon.

3 | P a g e

*US v. Dominic Pezzola* – Motion for Adjournment of Hearing

5. The reasons why we believe we are entitled to the relief we seek are set forth below:

   a. We sought and obtained the consent of the Government;

   b. Mr. Metcalf is currently in New York, and has in-person and/or virtual appearances in New York State Courts and Federal Court in the Southern District of New York and Eastern District of New York scheduled for today, tomorrow and Wednesday[1];

   c. Mr. Metcalf's wife, who is also his law partner, recently gave birth to their third child;

   d. Undersigned counsel has a bond hearing scheduled for Monday September 20, 2021, as such we will be in DC on that day;

   e. Undersigned counsel has some court pressing deadlines in State and Federal Court that require immediate attention;

   f. That we seek a brief extension due to other matters, and certain conflicts that prevent us from being able to appear in Washington, DC and be sufficiently prepared to argue the two-pronged hearing that the Court has scheduled;

---

[1] These include an-person sentencing in Federal Court in the EDNY, an in-person appearance today in Brooklyn Criminal Court, a response to a direct appeal in the Appellate Division First Department due on or before September 20, 2021, and several other matters.

    g. No party will be prejudiced by the rescheduling and the rescheduling will ensure and protect the rights of the defendant to ensure that counsel is prepared to argue all of the issues that the Court is seeking to hear arguments on;

    h. That counsel hasn't received certain evidentiary material he needs for the hearing.

𝕎𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, undersigned counsel, respectfully seeks a brief adjournment of the hearing scheduled for September 14, 2021, to September 21-23, 2021, or a date/time convenient for the Court and the parties and for such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated:  New York, New York
           September 13, 2021

                                        Respectfully Submitted,

                                        *Martin Tankleff*
                                        MARTIN H. TANKLEFF, ESQ.
                                        Steven A. Metcalf, Esq.
                                        *Attorneys for Dominic Pezzola*
                                        **Metcalf & Metcalf, P.C**.
                                        99 Park Avenue, 6th$^{th}$ Flr.
                                        New York, NY 10016
                                        (*Office*) 646.253.0514 / (*Fax*) 646.219.2012
                                        (*Email*) mtankleff@metcalflawnyc.com

6 | P a g e

## CERTIFICATE OF SERVICE

  We hereby certify that, on September 13, 2021, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

               Respectfully Submitted,

               _____
               MARTIN H. TANKLEFF, ESQ.
               **Metcalf & Metcalf, P.C.**
               *Attorneys for Pezzola*
               99 Park Avenue, 6th Floor
               New York, NY 10016
               *Phone* 646.253.0514
               *Fax* 646.219.2012
               *martytankleff@gmail.com*

               */s/* **Steven A. Metcalf II, Esq.**
               _____
               STEVEN A. METCALF II, ESQ.
               **Metcalf & Metcalf, P.C.**
               *Attorneys for Pezzola*
               99 Park Avenue, 6th Floor
               New York, NY 10016
               *Phone* 646.253.0514
               *Fax* 646.219.2012
               *metcalflawnyc@gmail.com*