UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | Criminal No. 21-cr-52-1 (TJK) |
| | : | |
| DOMINIC PEZZOLA, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF HEARING EXHIBITS

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, respectfully files this notice on the docket indicating the video exhibits is has made available to the Court ahead of the scheduled September 22, 2021, hearing. The government does not have any objection to the public dissemination of any of the six video exhibits noted below.

| Exhibit Name | Length | Description |
| --- | --- | --- |
| Video Exhibit 1 | :38 | Video Showing Mr. Pezzola's robbery of Capitol Police shield |
| Video Exhibit 1A | 3:22 | Slow-motion version of Video Exhibit 1, with certain aspects highlighted |
| Video Exhibit 2 | :09 | Publicly available footage of Mr. Pezzola and another individual jointly carrying a riot shield |
| Video Exhibit 3 | :59 | Publicly available footage of rioters, including Mr. Pezzola, pushing up the stairs under the Inauguration scaffolding |
| Video Exhibit 4 | :49 | Publicly available footage from stairs under the Inauguration scaffolding showing Mr. Pezzola shouting at police |

| Video Exhibit 5 | :59 | Publicly available footage from stairs under the Inauguration scaffolding showing Mr. Pezzola making a statement to another rioter |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC  20530
Erik.Kenerson@usdoj.gov
(202) 252-7201