# In The United States District Court
# For The District of Columbia District

----------------------------------------------------------X

**UNITED STATES OF AMERICA**,

$\qquad\qquad$ **Criminal 21-CR-52 (CJN)**

$\qquad$ - against - $\qquad$ **AFFIRMATION**

**DOMINIC PEZZOLA**,
$\qquad\qquad$ Defendant.

----------------------------------------------------------X

I, Martin Tankleff, make the following under penalty of perjury:

1. The Defendant, Dominic Pezzola, by and through his counsel, Steven Metcalf and Martin Tankleff, make the following representations to the Court and the Government.

2. On October 22, 2021, the Court issued the following order:

> MINUTE ORDER as to DOMINIC J. PEZZOLA (1) and WILLIAM JOSEPH PEPE (2): It is hereby ORDERED that Defendants DOMINIC J. PEZZOLA (1) and WILLIAM JOSEPH PEPE (2) shall file any opposition to the Government's 82 Motion for Second Protective Order by October 25, 2021. Signed by Judge Timothy J. Kelly on 10/22/2021. (lctjk3) (Entered: 10/22/2021)

3. The Defendant, by and through his counsel, does not oppose the Government's application for a second protective order.

*US v. Dominic Pezzola* – Notification of No Opposition to Second Protective Order

𝔚𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, undersigned counsel, respectfully puts the government and the Court on notice that we do not oppose the Second Protective Order, with the understanding that nothing contained therein prevents us from sharing anything with our client.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated:  New York, New York
        October 22, 2021

Respectfully Submitted,

*Martin Tankleff*

MARTIN H. TANKLEFF, ESQ.
*Attorneys for Dominic Pezzola*
**Metcalf & Metcalf, P.C**.
99 Park Avenue, 6th Flr.
New York, NY 10016
(*Office*) 646.253.0514 / (*Fax*) 646.219.2012
(*Email*) mtankleff@metcalflawnyc.com

## CERTIFICATE OF SERVICE

We hereby certify that, on October 22, 2021, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

Respectfully Submitted,

*Martin Tankleff*

MARTIN H. TANKLEFF, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Pezzola*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
martytankleff@gmail.com

*US v. Dominic Pezzola* – Notification of No Opposition to Second Protective Order