# In The United States District Court
# For The District of Columbia District

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                   Criminal 21-CR-52 (TJK)

         - against -         **SUPPLEMENTAL AFFIRMATION IN SUPPORT OF BOND APPLICATION**

**DOMINIC PEZZOLA**,
                Defendant.

---------------------------------------------------------------X

    Comes now Martin H. Tankleff, counsel for defendant Dominic Pezzola (hereinafter "Dominic" & Defendant) and affirms under the penalty of perjury the following:

1. As this Court is aware, I, along with Steven Metcalf, of Metcalf & Metcalf, P.C. represent Dominic Pezzola.

2. I write this Affirmation because prudent and significant information has recently comes to my attention with regards to an answers that I provided to this Court during Defendant Pezzola's bond hearing. This Supplemental Affirmation comes after briefing and oral arguments have been commenced, but before decision.

3. On September 22, 2021, a renewed bond hearing took place before this

Court.

4. To my recollection, during the bond hearing on September 22, 2021, this Court asked undersigned counsel and the government if they were aware of any case or any law that spoke to the conditions of confinement being applied to the Bail Reform Act factor analysis, 3142 factors.

5. Since that date, undersigned counsel has been diligently looking for an answer to that question and discovered the Federal Bail Reform Act of 2020, attached as **Exhibit A**.

6. The Federal Bail Reform Act of 2020, specifically addressed this exact point:

> (5) FACTORS TO BE CONSIDERED AT THE PRETRIAL RELEASE HEARING.—In determining whether there are conditions of release that could reasonably mitigate the risks described in paragraph, the judicial officer shall take into account the available information concerning—
>
> (F) the conditions of confinement, including access to adequate medical, mental health, and dental treatment, access to medications, and the person's ability to privately consult with counsel and meaningfully prepare a defense. (pgs. 26-27 of **Exhibit A**).

**Wherefore**, I would ask the Court to take into consideration this supplemental authority in consideration of the renewed bond application.

Dated: New York, New York
October 26, 2021

Respectfully Submitted,

*Martin Tankleff*
MARTIN H. TANKLEFF, ESQ.
*Attorney for Dominic Pezzola*
**Metcalf & Metcalf, P.C**.
99 Park Avenue, 6th Flr.
New York, NY 10016
(*Office*) 646.253.0514
(*Fax*) 646.219.2012
(*Email*) mtankleff@metcalflawnyc.com

TO:   ERIK M. KENERSON (Erik.Kenerson@usdoj.gov)
U.S. Attorney's Office for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2021, the forgoing document, Supplemental Affirmation, was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

Respectfully Submitted,

*Martin Tankleff*
_____
MARTIN H. TANKLEFF, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Pezzola*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
mtankleff@mtecalflawnyc.com and
martytankleff@gmail.com